UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:00-CR-357-DWH-PAL |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DAVID LEE HARRIS ) | |
| ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#24) on October 11, 2001. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: NEVADA STATE BANK
Amount of Restitution: $22,071.00

**Total Amount of Restitution ordered:** $22,071.00

Dated this ___9___ day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE

[FILED NOV -9 2016, CLERK US DISTRICT COURT, DISTRICT OF NEVADA]